UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:13-MJ-563 |
| | § | |
| JOHNATHON TAYLOR WALSH | § | |

## NOTICE OF DESIGNATION OF CASE ASSIGNMENT

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his or her signature that he or she is the staff attorney designated to work on this case.

Dated: 12/26/13

s/Christopher Curtis
CHRISTOPHER A. CURTIS
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 05270900
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753

## CERTIFICATE OF SERVICE

I, Christopher Curtis, hereby certify that on this the 26th day of December 2013, a copy of the foregoing notice was hand-delivered to the United States Attorney's Office at 801 Cherry Street, Ste. 1700, Fort Worth, TX 76102.

s/Christopher Curtis
CHRISTOPHER CURTIS